THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-10-2669-EDL |
| Plaintiff, | STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON |
| v. | |
| LE SOLEIL VIETNAMESE RESTAURANT, a.k.a. LE SOLEIL INT'L HOLDINGS, INC., a California corporation, and JULIANA WILHELMINA DEKKERS, | |
| Defendants. | |

Plaintiff CRAIG YATES and defendants Le Soleil Int'l Holdings Inc., and Juliana

Wilhelmina Dekkers, by and through their respective counsel, respectfully request and stipulate,

as follows:

    1.    Whereas, defendants Le Soleil Int'l Holdings Inc., and Juliana Wilhelmina

Dekkers, are represented by Peter S. Sandmann and Norman Lew, respectively;

    2.    Whereas, due to scheduling conflicts the parties were unable to conduct the joint

site inspection of the premises by October 29, 2010, as Ordered by General Order 56, ¶3,4;

---

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON

3.     Whereas, the conflicts in scheduling include Le Soleil's principal being out of the country for an extended period of time and the unavailability of Mr. Sandmann during the next number of weeks because of a calendared mediation matter

4.     Whereas, the parties are scheduled to conduct the joint site inspection of the subject premises on November 10, 2010.

IT IS SO STIPULATED, that the parties last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including November 10, 2010.

Respectfully submitted,

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW
CORPORATION

Dated: 11/2/10          By: _____
Thomas E. Frankovich, Attorneys for
Plaintiff CRAIG YATES, an individual

PETER B. SANDMANN,
TESLER, SANDMANN & FISHMAN

Dated: Oct. 6, 2010          By: _____
Peter B. Sandmann, Attorneys for
Defendant Le Soleil Int'l Holdings Inc.

NORMAN LEW,
LEW, FONG, LEUNG, LEE & CHAN

Dated: 11/3/10          By: _____
Norman Lew, Attorneys for Defendant
Juliana Wilhelmina Dekkers

ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including November 10, 2010..

Dated: November 4, 2010          _____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION, AND [PROPOSED] ORDER THEREON