UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRAIG YATES**

    Plaintiff(s),                            No. C-**10-02169** EDL

    v.                                 **ORDER OF CONDITIONAL DISMISSAL**

**LE SOLEIL VIETNAMESE CUISINE RESTAURANT**

    Defendants.

_____/

    The Court has been advised by the mediator that the parties have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: April _22__, 2011

                                                               _____
                                                               ELIZABETH D. LAPORTE
                                                               United States Magistrate Judge